**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6887**

---

WELDON EUGENE HOLTZCLAW, JR.,

        Plaintiff - Appellant,

    v.

MEDICAL STAFF OF GREENVILLE COUNTY DETENTION CENTER; NURSE HORTON; UNNAMED SUPERVISOR,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:25-cv-01414-DCC)

---

Submitted:  July 23, 2026                    Decided:  July 27, 2026

---

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Weldon Eugene Holtzclaw, Jr., appeals the district court's order accepting the magistrate judge's recommendation and dismissing Holtzclaw's 42 U.S.C. § 1983 complaint for failure to comply with court orders. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Holtzclaw's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

Accordingly, we deny Holtzclaw's pending appellate motions, and we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*